# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

## MEMORANDUM

TO: CLERK, U. S. DISTRICT COURT

FROM: CLERK, U. S. BANKRUPTCY COURT

DATE: April 1, 2004

RE: __Georgia A. Green__, Debtor(s)

Case No. __03-13363__

District Court No: __1:04CV00282__

Attached hereto I am transmitting to your office the following documents/matters:

(XX) Motion to Dismiss Appeal

Appellant: __Georgia A. Green__

Appellee: __North Lenoir Water Corporation__



Mary E. Layman
DEPUTY CLERK

cc: Bankruptcy Administrator
Appellant, Georgia A. Green
Appellee, North Lenoir Water Corporation
Attorney for Appellee, E. Wyles Johnson
Anita Jo Kinlaw Troxler, Chapter 13 Standing Trustee
Benjamin A. Kahn, Interested Party

## APPELLANT:

**Georgia A. Green** (Pro Se)
707 Devon Street
POB 8674
Greensboro, NC 27419

## APPELLEE:

**North Lenoir Water Corporation**
P.O. Box 1579
Kinston, NC 28502-3169

## ATTORNEY FOR APPELLEE:

**E. Wyles Johnson, Jr.**
White and Allen, PA
P.O. Box 3169
Kinston, NC 28502-3169
(252) 527-8000

## INTERESTED PARTIES

**Anita Jo Kinlaw Troxler, Chapter 13 Standing Trustee**
PO Box 1720
Greensboro, NC 27402

**Benjamin Kahn, Esq**
701 Green Valley Road
Greensboro, NC 27408

## BANKRUPTCY ADMINISTRATOR
**Michael D. West**
101 S. Edgeworth St.
P. O. Box 1858
Greensboro, NC 27420-6100
(336)333-5421

## ITEMS BEING INCLUDED IN THE MOTION TO DISMISS APPEAL IN THE GEORGIA A. GREEN PROCEEDING:

| DATE | Document NUMBER | ITEM |
| --- | --- | --- |
| 03/03/04 | 57 | **ORDER** Denying Application for Leave to Proceed in Forma Pauperis and Affidavit/Declaration in Support filed by Debtor Georgia A. Green entered by William L. Stocks |
| 03/03/04 | 58 | **ORDER** Denying Notice of Reconsideration and Motion for Reconsideration for Dismissal entered by William L. Stocks |
| 03/03/04 | 59 | **ORDER** Denying Motion For Sanctions North Lenoir Water entered by William L. Stocks |
| 03/03/04 | 60 | **ORDER** Denying Motion For Sanctions against North Lenoir Water Corporation. Filed by Debtor Georgia A. Green, entered by William L. Stocks |
| 03/03/04 | 61 | **ORDER** Granting Motion For Sanctions against Georgia A. Green under Rule 9011 for filing a frivolous petition filed by E. Wyles Johnson Jr., William E. Manning Jr., and White & Allen, P.A., by and through counsel, David A. Senter and barring Debtor from refiling a case under Chapter 13 or otherwise seeking relief under Chapter 13 for a period of 180 days from January 27, 2004 entered by William L. Stocks |
| 03/19/04 | 65 | **NOTICE OF APPEAL** service was made on all parties by the Clerks Office of the U.S.Bankruptcy Court) **(Debtor did not specificy which order entered on 3/4/04 was being appealed)** |

| Date | No. | Description |
|---|---|---|
| 03/19/04 | 66 | **CERTIFICATE OF SERVICE** by Clerks Office of Notice of Appeal on all parties |
| 03/31/04 | 67 | **MOTION TO DISMISS APPEAL** Filed by Creditor North Lenoir Water Corporation |